David Springfield, SBN 226630
LAW OFFICES OF DAVID SPRINGFIELD
PO Box 660/12896 Rices Crossing Road
Oregon House, CA 95962
Tel: (530) 635-3615
Fax: (530) 692-9008
email: davids@succeed.net

Attorney for Petitioner, In Pro Per

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH FINLEY, | Case No.: 2:07-CV-01939-DLJ-EFB |
| Petitioner, | STIPULATION AND PROPOSED ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | Judge: Hon. D. Lowell Jensen |

The parties, Petitioner, Richard Joseph Finley, and Respondent, United States of America, through their respective attorneys, hereby stipulate and agree as follows:

1. The parties advise the Court that unbeknownst to the attorneys at the time of the last hearing, Dr. Bruce W. Ebert had in fact testified at the second trial of petitioner Finley (in front of the Hon. Judge David Levi).

2. The transcript of the testimony of Dr. Ebert, and the entire second trial transcript is being prepared and will be submitted shortly in its entirety to the Court, the parties agreeing that all evidence from that trial may be relied upon by the Court to make its determination.

3. The parties having met and conferred, have agreed there is no longer a need for cross-examination of Dr. Bruce W. Ebert and agree to consider the entire matter submitted at the time the transcript is delivered to the Court.

4. A further Status Conference has been set for June 3, 2008 at 9:00 a.m. and in the discretion

1

1  of the judge may be vacated unless the judge desires further briefing or argument on this
2  matter.
3  Respectfully submitted.
4  Agreed.
5  April 1, 2008                                         LAW OFFICES OF DAVID SPRINGFIELD

                                                         _____/s/_____
                                                         David Springfield, Attorney for Petitioner
                                                         Richard Joseph Finley

Agreed.

Date: April 1, 2008                                      UNITED STATES OF AMERICA

                                                         _____/s/_____
                                                         By Mark J. McKeon, Assistant U.S. Attorney
                                                         UNITED STATES ATTORNEY

**IT IS SO ORDERED**

Date: April 11, 2008                                     _____
                                                         The Hon. D. Lowell Jensen
                                                         United States District Court Judge

2